**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ACCESS BIO, INC.,

                     Petitioner,

     -against-                                            23 **CIVIL** 4820 (LGS)

                                                           **<u>JUDGMENT</u>**

DIVISION 5 LABS, INC.,

                     Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 27, 2023, the Petition to Confirm Arbitration is GRANTED. D5L shall pay Access Bio $391,691.12 as provided in the Award, plus pre-judgment interest at a rate of 9% per annum from May 23, 2023, through the entry of judgment, and post-judgment interest, calculated at the statutory rate prescribed by 28 U.S.C. § 1961 in the amount of $15,453.02. By November 17, 2023, Access Bio shall submit an application for attorney's fees and costs, including timesheets and other documents supporting the motion. By November 28, 2023, as provided in the Award, Respondent shall transfer any and all withheld compliance documents, materials, regulatory documentation and retains (i.e., products held back as regulatory samples) pertaining to finished product packaged under the Contract to Access Bio. See Trs. of N.Y.C. Dist. Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, & Apprenticeship, Journeyman Retraining, Educ. & Indus. Fund v. Manzo, No. 21 Civ. 504, 2021 WL 3082291, at *4 (S.D.N.Y. July 20, 2021) (compelling production of documents and materials previously ordered in the arbitral award).

**Dated:**  New York, New York

       October 30, 2023

                                             **RUBY J. KRAJICK**
                                              Clerk of Court

                       **BY:**  _____
                                               **Deputy Clerk**