IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACCESS BIO, INC.,<br><br>      Petitioner,<br>-v.-<br><br>DIVISON 5 LABS, INC.,<br>      Respondent. | Civil Case No. 1:23-cv-4820-LGS<br><br>NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS |

By **December 8, 2023**, Respondent shall file a memorandum of law in opposition to Petitioner's motion for attorneys' fees and costs, not to exceed ten pages. If no brief is filed, Petitioner's motion will be considered fully briefed and will be decided under the relevant legal standard.

So Ordered.

Dated: November 27, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

TO: Khurrum Wahid, Esq.
   David Geller, Esq.
   Wahid Vizcaino Geller, LLP
   2103 Coral Way, Suite 401
   Miami, FL 33145
   (305) 444-4303
   khurrum@wvglegal.com
   david@wvglegal.com
   *Attorneys for Respondent*

**COUNSEL:**

   **PLEASE TAKE NOTICE** that Petitioner Access Bio, Inc. will move before the Honorable Lorna G. Schofield, U.S.D.J., United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, on a date and time to be determined by the Court, pursuant to the Opinion and Order entered by the Court on October 27, 2023, for an Order granting Access Bio's attorneys' fees and costs incurred in connection with Access Bio attempting to collect payment from Respondent; and

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Access Bio shall rely upon its memorandum of law in support of its motion for attorneys' fees and costs and the Declaration of Matthew M. Oliver and supporting exhibits; and

**PLEASE TAKE FURTHER NOTICE** that, at that time and place aforesaid, Access Bio will request that the proposed form of Order submitted herewith be entered by the Court.

  s/ Matthew M. Oliver
Matthew M. Oliver, Esq.
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 262-6700
moliver@lowenstein.com
*Counsel for Petitioner Access Bio, Inc.*

Dated:  November 17, 2023